FILED

MAY 03 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 22-176 JD |
| -vs- ) | |
| ) | Violations: 18 U.S.C. § 922(g)(1) |
| JULIAN MANZANO, ) | 18 U.S.C. § 924(d) |
|    a/k/a Julian Manzano, Jr., ) | 28 U.S.C. § 2461(c) |
|    a/k/a Ju Man, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about March 26, 2022, in the Western District of Oklahoma,

--------------------------------------- **JULIAN MANZANO,**
    **a/k/a Julian Manzano, Jr.,**
    **a/k/a Ju Man,** --------------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Springfield Armory, model RO Elite Compact, .45 caliber pistol, bearing serial number LW150384, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **JULIAN MANZANO** shall forfeit to the United States any and all firearms and/or ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Springfield Armory, model RO Elite Compact, .45 caliber pistol, bearing serial number LW150384; and

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*/s/ signature*
FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*/s/ Danielle M. Connolly*
DANIELLE M. CONNOLLY
Assistant United States Attorney